UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHAD JOHNSON, CASEY JOHNSON, JERAMIE BAPTISTE | * * * | CIVIL ACTION NO. 2:20-cv-02741 |
| VERSUS | * * | JUDGE: GREG G. GUIDRY |
| JAMES RIVER INSURANCE COMPANY, RASIER, L.L.C., UBER TECHNOLOGIES, INC., AND MELVIN DILLON | * * * * | MAGISTRATE: JANIS VAN MEERVELD |

## UNOPPOSED CONSENT MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes defendant, James River Insurance Company, who respectfully represents that:

1. This matter is set for trial on August 23, 2021.

2. On March 31, 2021, Plaintiffs provided responses to James River's written discovery requests.

3. In those discovery responses, Plaintiffs provided their cell phone numbers and providers. James River respectfully suggests that the records from the Plaintiffs' cell phone providers are critical to its investigation into the circumstances surrounding the accident which forms the basis of this case.

4. On April 6, 2021, James River issued a subpoena to T-Mobile USA requesting the cell phone records for plaintiff, Jeramie Baptiste with a return date of April 30, 2021.

5. On April 29, 2021, believing it would have a timely response to the T-Mobile subpoena, James River noticed the depositions of the plaintiffs to be held on June 7-8, 2021.

6. To date James River has not received a response to the T-Mobile subpoena despite multiple efforts to obtain those documents.

7. James River shows that the records from T-Mobile are critical to its ability to meaningfully depose the plaintiffs about the circumstances surrounding the accident which forms the basis of this case. Without those records, the plaintiffs' deposition will need to be rescheduled.

8. On May 27, 2021, James River received updated medical records related to the treatment of plaintiff, Jeramie Baptiste, with the New Orleans East Health Care Center. Those records contained new evidence of a January 1, 2014 accident in which Mr. Baptiste complained of injuries to his neck, lower back, and right shoulder, the same body parts for which he claims injuries from the accident which forms the basis of this case.

9. The January 1, 2014 accident was previously unreported in Baptiste's discovery responses. Because Baptiste complained of injuries to the same body parts as he does in this case, James River respectfully suggests that additional discovery and investigation is needed into the January 2014 accident.

10. Given the delay by T-Mobile to respond to James River's subpoenas thereby delaying plaintiffs' depositions as well as the newly discovered prior accident involving plaintiff, Jeramie Baptiste, James River respectfully suggests that a continuance of the August 23, 2021 trial date is appropriate and necessary along with an extension of discovery deadlines.

11. Undersigned counsel has contacted counsel for plaintiffs who does not oppose this Motion, but only to the extent it seeks a continuance of the current trial date of August 23, 2021 with a new trial date and discovery deadlines to be determined following an additional scheduling conference with the court.

**WHEREFORE**, Defendant, James River Insurance Company, prays that the trial of this matter and discovery deadlines be continued, without date, to be rescheduled at a telephone status conference to be scheduled in the future.

Respectfully submitted,

*/s/ Travis B. Wilkinson*
Paula M. Wellons, La. Bar No. 19028
Travis B. Wilkinson, La. Bar No. 28806
TAYLOR, WELLONS, POLITZ & DUHE, APLC
1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899

**COUNSEL FOR JAMES RIVER INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I e-mailed and/or mailed the foregoing document and the notice of electronic filing by U.S. first class mail to the non-CM/ECF participants appearing in this case, if any, on this 3rd day of June, 2021.

*/s/ Travis B. Wilkinson*
TAYLOR, WELLONS, POLITZ & DUHE, APLC