UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHAD JOHNSON, CASEY JOHNSON, JERAMIE BAPTISTE | * * | CIVIL ACTION NO. 2:20-cv-02741 |
| | * | JUDGE: GREG G. GUIDRY |
| VERSUS | * | |
| | * | MAGISTRATE: JANIS VAN MEERVELD |
| JAMES RIVER INSURANCE COMPANY, RASIER, L.L.C., UBER TECHNOLOGIES, INC., AND MELVIN DILLON | * * * | |

## ORDER

Having considered the Motion to Continue Trial and other deadlines filed by Defendant James River Insurance Company (R. Doc. 19),

**IT IS ORDERED** that the Motion is DENIED on the showing made.

New Orleans, Louisiana this ___7th___ day of _____June_____, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE