Original Locked Report

# STATE OF LOUISIANA
# UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT

**TOTAL NUMBER OF VEHICLES INVOLVED:** 02

**Report #:** 170201134858243

**DATE OF CRASH:** 02/01/2017
**TIME (0000):** 1334
**DISTRICT/ZONE:** 5Q04
**TROOP:**
**LAT:** 29.9985
**LONG:** 90.0349
**PAGE #:** 01

**PARISH:** ORLEANS
**PARISH CODE:** 36
**NO ATTACHMENTS**
**B-00557-17**

**CITY OR TOWN:** NEW ORLEANS
**CITY CODE:** 1
**Quadrant:** (blank)
**Service Road:** (blank)

**CRASH OCCURRED ON:** E (City Street)
- A. INTERSTATE
- B. U.S. HWY
- C. STATE HWY
- D. PARISH ROAD
- E. CITY STREET
- F. OFF ROAD/PRIVATE PROPERTY
- G. TOLL ROAD

**HIGHWAY #:** (blank)
**MILEPOST:** (blank)
**ROADWAY NAME:** CHICKASAW
**STREET/HIGHWAY:** LOUISA — AT INTERSECTION (X)
**STREET/HIGHWAY:** (blank)

**INJURY:** X

## CONTRIBUTING FACTORS AND CONDITIONS

| Category | Code |
|---|---|
| ROAD SURFACE | A (Dry) / A (Concrete) |
| ROADWAY CONDITIONS | A (No abnormalities) |
| TYPE OF ROADWAY | B (Two-way road with no physical separation) |
| ALIGNMENT | A (Straight-level) |
| PRIMARY FACTOR | B (Movement prior to crash) |
| SECONDARY FACTOR | A (Violations) |
| WEATHER | A (Clear) |
| KIND OF LOCATION | A (Manufacturing or industrial) |
| RELATION TO ROADWAY | A (On roadway) |
| ACCESS CONTROL | A (No control) |
| LIGHTING | A (Daylight) |

### VEHICLE CONFIGURATION / CARGO BODY TYPE

**EMERGENCY SERVICES:** X AMBULANCE
- TIME CALLED: 1335
- ARRIVED SCENE: 1345
- DEPARTED SCENE: 1415
- ARRIVED HOSPITAL: 0000

**AMBULANCE SERVICE:** NEW ORLEANS EMS UNIT 3220

**INVESTIGATING AGENCY:** NEW ORLEANS POLICE DEPARTMENT
- TIME OF NOTIFICATION: 1353
- TIME OF ARRIVAL: 1411
- TIME ALL LANES OPENED: 1411

**INVESTIGATION COMPLETE Y/N:** Y
**INVESTIGATING POLICE:** B
- A. STATE  C. PARISH  2. OTHER

**DATE REPORT COMPLETED:** 02/01/2017

**INVESTIGATING OFFICER'S NAME (PRINT):** JOHNSON, CLEVELAND
**BADGE #:** 533

DPSSP 3105 (REV. JAN. 2005)



EXHIBIT A

# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
### VEHICLE/PEDESTRIAN

COMPUTER NUMBER: 170201134858243
PAGE #: 02

VEH #: 01 OR PEDESTRIAN

CONF: A
CARGO BODY TYPE: X (see page 1 for selections)
YEAR: 2003
MAKE: INFINITI
MODEL: G35
# DOORS: 4
# AXLES: 2
# TIRES: 4

V.I.N.: JNKCV51E43M017062
VEHICLE TOWED: B (A.YES B.NO C.LEFT AT SCENE)
REMOVED BY: DRIVER

LICENSE PLATE — YEAR: 2019  STATE: LA  NUMBER: 415AVF  TYPE: PRIVATE
GVWR/GCWR:
REASON TOWED: A.VEHICLE DAMAGE B.DRIVER ARRESTED C.INSURANCE VIOLATION Z.OTHER

TRAILER DESCRIPTION — YEAR / MAKE / TYPE / LICENSE PLATE YEAR / STATE / NUMBER

VEHICLE CLASSIFICATION: COMMERCIAL/BUSINESS VEHICLE ☐  GOVERNMENT VEHICLE ☐  PERSONAL VEHICLE ☒

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.

US DOT #:
CARRIER NAME:
MC/MX ("ICC") #:
STREET ADDRESS:       CITY:       STATE:       ZIP:
INTERSTATE CARRIER Y/N: N   TRANSPORTING HAZARDOUS MATERIAL Y/N: N   CLASS:   ID#:   PLACARDS DISPLAYED Y/N: N   HAZ MAT RELEASED Y/N: N

NAME (LAST, FIRST, MI) OF ☒ DRIVER ☐ PEDESTRIAN: BAPTISTE JERAMIE
DATE OF BIRTH: 02 19 1988

STREET ADDRESS: 7120 CAMBERLEY
TELEPHONE #: 504-251-4940
CITY: NEW ORLEANS   STATE: LA   ZIP: 70128

POS/TION: A   LIC TION: A   HWY EXTRICATED: A   AIR BAG: B   OCC PROT SYS: D   SEX: M   RACE: B   AGE: 28   EJECTION: E

STATE: LA   CLASS: E   ENDORSEMENTS:   DRIVER'S LICENSE NUMBER: 00934819
INSTRUCTED TO EXCHANGE INFORMATION? Y/N: Y   NAME OF FACILITY:
TRANSPORTED TO MEDICAL FACILITY: B (A.YES B.NO C.REFUSED AID Y.UNKNOWN)

PEDESTRIAN ONLY — UPPER BODY CLOTHING LIGHT/DARK   LOWER BODY CLOTHING LIGHT/DARK   SEX   RACE   AGE   INJURY CODE

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME): ☒ Same as Driver
TELEPHONE #:
STREET ADDRESS:
CITY:   STATE:   ZIP:

INSURANCE CO. NAME: SAFEWAY INSURACE CO. (NOT AGENCY NAME)
POLICY NUMBER: 253067LAPP001
EXPIRATION DATE: 03232017
AGENT'S NAME/ADDRESS: ABC AGENCY NETWORK
PHONE #: 504-486-0123

## CODES

| SEATING POSITION | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)<br>B - FRONT SEAT-MIDDLE<br>C - FRONT SEAT-RIGHT SIDE<br>D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)<br>E - SECOND SEAT-MIDDLE<br>F - SECOND SEAT-RIGHT SIDE<br>G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)<br>H - THIRD ROW-MIDDLE<br>I - THIRD ROW-RIGHT SIDE | J - SLEEPER SECTION OF CAB (TRUCK)<br>K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>M - PASSENGER ON TRAIN OR STREETCAR<br>N - TRAILING UNIT<br>O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)<br>Y - UNKNOWN | A - NOT EJECTED<br>B - TOTALLY EJECTED<br>C - PARTIALLY EJECTED<br>Y - UNKNOWN | A - NOT TRAPPED<br>B - TRAPPED/EXTRICATED<br>C - TRAPPED/NOT EXTRICATED<br>Y - UNKNOWN | A - DEPLOYED<br>B - NON DEPLOYED<br>C - NON-DEPLOYED/SWITCH OFF<br>D - NOT APPLICABLE<br>Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT<br>B - SHOULDER BELT ONLY USED<br>C - LAP BELT ONLY USED<br>D - SHOULDER AND LAP BELT USED<br>E - CHILD SAFETY SEAT IMPROPERLY USED<br>F - CHILD SAFETY SEAT USED<br>G - HELMET USED<br>Y - RESTRAINT USE UNKNOWN | A - FATAL<br>B - INCAPACITATING/SEVERE<br>C - NON-INCAPACITATING/MODERATE<br>D - POSSIBLE/COMPLAINT<br>E - NO INJURY |

DPSSP 3106 (REV. MAR. 2005)

WRITE APPROPRIATE LETTER IN BLOCK

## CONTRIBUTING FACTORS AND CONDITIONS

### VISION OBSCUREMENTS: N
A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

### CONDITION OF DRIVER/PED: A
A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

### DRIVER DISTRACTION: E
A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

### VIOLATION: Y
A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

### REASON FOR MOVEMENT: P
A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

### TRAFFIC CONTROL: A
A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

### PEDESTRIAN ACTIONS: [ ]
A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS

NON COLLISION
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

COLLISION WITH PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL

### MOVEMENT PRIOR TO CRASH: J
A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN
K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER

### VEHICLE CONDITION: K
A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

### VEHICLE LIGHTING: A
A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

### TRAFFIC CONTROL CONDITIONS: A
A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

### COLLISION WITH FIXED OBJECT
S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC SUPPORT
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT
LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st: S
2nd:
3rd:
4th:

MOST HARMFUL EVENT: S

### ALCOHOL/DRUG INVOLVEMENT

ALCOHOL/DRUGS SUSPECTED: [ ]
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL: B
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC: 0       0%

DRUGS: A
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE
(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| | DIRECTION BEFORE CRASH | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED EST. | SPEED POSTED | SKIDMARK DATA (FEET) FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | | | | | | |
| W / NE SW | CHICKASAW ST. | ON SHOULDER | 0 | UNK | 30 | 0 | 0 | 0 | 0 |

### DAMAGE TO VEHICLE

AREA DAMAGED: 1ST L, 2ND, 3RD
A-B-C-D-E-F-G-H-I-J-K-L-M-N-O-P-Q
N- UNDERCARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

EXTENT OF DEFORMITY: 1ST E, 2ND, 3RD
A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H- VERY SEVERE
Y- UNKNOWN

CITATION NO _____ VEH. [ ] PED. [ ]
_____ [ ] [ ]
_____ [ ] [ ]
_____ [ ] [ ]
_____ [ ] [ ]

R.S. OR ORD. NO _____
_____
_____
_____
_____

NOTICE OF INSURANCE VIOLATION [ ]

CJ

INVESTIGATING OFFICER'S INITIALS

DPSSP 3106

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**ADDITIONAL OCCUPANT SUPPLEMENT**

COMPUTER NUMBER: 170201134858243

PAGE #: 04

| VEH # | OCCUPANT'S NAME (LAST, FIRST, MI) | POSI-TION | LOC-ATION | TRWY EXTRI-CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | JOHNSON HARRY | C | A | A | B | D | M | B | 31 | C |

STREET ADDRESS: 4638 PAPANIA DRIVE
CITY: NEW ORLEANS   STATE: LA   ZIP: 70127
TRANSPORTED TO MEDICAL FACILITY: B (A. YES  B. NO  C. REFUSED AID  Y. UNKNOWN)
NAME OF FACILITY:

| VEH # | OCCUPANT'S NAME (LAST, FIRST, MI) | POSI-TION | LOC-ATION | TRWY EXTRI-CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | WATSON JOR'DAN | D | A | A | B | D | M | B | 26 | D |

STREET ADDRESS: UNKNOWN
CITY:    STATE:    ZIP:
TRANSPORTED TO MEDICAL FACILITY: (A. YES  B. NO  C. REFUSED AID  Y. UNKNOWN)
NAME OF FACILITY:

DPSSP 3108

INVESTIGATING OFFICER'S INITIALS: CJ

# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
## VEHICLE/PEDESTRIAN

**COMPUTER NUMBER:** 170201134858243
**PAGE #:** 05

**VEH #:** 02  OR  PEDESTRIAN: ☐

| CONF | CARGO BODY TYPE | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| P | D (see page 1 for selections) | 1999 | KENTWORTH | TRACTOR | 2 | 5 | 18 |

**V.I.N.:** 1XKWD69X5XR798734
**VEHICLE TOWED:** B (A.YES B.NO C.LEFT AT SCENE)
**REMOVED BY:** DRIVER

**LICENSE PLATE:** YEAR 2017  STATE LA  NUMBER P203659  TYPE TRACTOR
**GVWR/GCWR:** 
**REASON TOWED:** (A. VEHICLE DAMAGE / B. DRIVER ARRESTED / C. INSURANCE VIOLATION / Z. OTHER)

**TRAILER DESCRIPTION:** YEAR 1999  MAKE TRAILER  TYPE TRAILER  LICENSE PLATE YEAR 2021  STATE MA  NUMBER 216499

**VEHICLE CLASSIFICATION:** COMMERCIAL/BUSINESS VEHICLE [X]  GOVERNMENT VEHICLE ☐  PERSONAL VEHICLE ☐

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.

**US DOT #:** _____
**CARRIER NAME:** _____
**MC/MX ("ICC") #:** _____
**STREET ADDRESS:** _____  **CITY:** _____  **STATE:** _____  **ZIP:** 70056

**INTERSTATE CARRIER Y/N:** Y  **TRANSPORTING HAZARDOUS MATERIAL Y/N:** N  **CLASS:** _  **ID#:** _  **PLACARDS DISPLAYED Y/N:** N  **HAZ MAT RELEASED Y/N:** N

**NAME (LAST, FIRST, MI) OF:** [X] DRIVER  ☐ PEDESTRIAN
SMITH  NORMAN

**DATE OF BIRTH:** 09061971

**STREET ADDRESS:** 664 HUNTERBROOK
**TELEPHONE #:** 504-638-2300
**CITY:** GRETNA  **STATE:** LA  **ZIP:** 70056

| POSI-TION | LIC.-TION | TRWY EXTRI-CATED | NH BAG | DCG PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|
| A | A | A | B | D | M | B | 45 | E |

**STATE:** LA  **CLASS:** A  **ENDORSEMENTS:** _  **DRIVER'S LICENSE NUMBER:** 00568 2131
**INSTRUCTED TO EXCHANGE INFORMATION?** Y/N: Y
**NAME OF FACILITY:** _____
**TRANSPORTED TO MEDICAL FACILITY:** B (A. YES B. NO C. REFUSED AID Y. UNKNOWN)

**PEDESTRIAN ONLY:** UPPER BODY CLOTHING LIGHT ☐ DARK ☐  LOWER BODY CLOTHING LIGHT ☐ DARK ☐  SEX ☐  RACE ☐  AGE ☐  INJURY CODE ☐

**OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME):** ☐ Same as Driver
SOUTHERN RIDE TRUCKING
**TELEPHONE #:** 504-279-8544
**STREET ADDRESS:** 644 HUNTERBROOK
**CITY:** GRETNA  **STATE:** LA  **ZIP:** 70056

**INSURANCE CO. NAME:** OLD REPUBLIC INS. CO (NOT AGENCY NAME)
**POLICY NUMBER:** MWZY308092
**EXPIRATION DATE:** 09152017
**AGENT'S NAME/ADDRESS:** N/A
**PHONE #:** 816-960-9000

## CODES

| SEATING POSITION | EJECTION | TRAPPED OR EXTRICATED | AIRBAG | OCCUPANT PROTECTION SYSTEM USED | INJURY |
|---|---|---|---|---|---|
| A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)<br>B - FRONT SEAT-MIDDLE<br>C - FRONT SEAT-RIGHT SIDE<br>D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)<br>E - SECOND SEAT-MIDDLE<br>F - SECOND SEAT-RIGHT SIDE<br>G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)<br>H - THIRD ROW-MIDDLE<br>I - THIRD ROW-RIGHT SIDE | J - SLEEPER SECTION OF CAB (TRUCK)<br>K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)<br>M - PASSENGER ON TRAIN OR STREETCAR<br>N - TRAILING UNIT<br>O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)<br>Y - UNKNOWN | A - NOT EJECTED<br>B - TOTALLY EJECTED<br>C - PARTIALLY EJECTED<br>Y - UNKNOWN | A - NOT TRAPPED<br>B - TRAPPED/EXTRICATED<br>C - TRAPPED/NOT EXTRICATED<br>Y - UNKNOWN | A - DEPLOYED<br>B - NON DEPLOYED<br>C - NON-DEPLOYED/SWITCH OFF<br>D - NOT APPLICABLE<br>Y - UNKNOWN | A - NONE USED-VEHICLE OCCUPANT<br>B - SHOULDER BELT ONLY USED<br>C - LAP BELT ONLY USED<br>D - SHOULDER AND LAP BELT USED<br>E - CHILD SAFETY SEAT IMPROPERLY USED<br>F - CHILD SAFETY SEAT USED<br>G - HELMET USED<br>Y - RESTRAINT USE UNKNOWN | A - FATAL<br>B - INCAPACITATING/SEVERE<br>C - NON-INCAPACITATING/MODERATE<br>D - POSSIBLE/COMPLAINT<br>E - NO INJURY |

DPSSP 3106 (REV. MAR. 2005)

WRITE APPROPRIATE LETTER IN BLOCK

## CONTRIBUTING FACTORS AND CONDITIONS

**VISION OBSCUREMENTS:** N

A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

**VIOLATION:** U

A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

**TRAFFIC CONTROL:** A

A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

**CONDITION OF DRIVER/PED:** A

A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

**DRIVER DISTRACTION:** E

A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

**REASON FOR MOVEMENT:** P

A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
R. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

**PEDESTRIAN ACTIONS:**

A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS

**NON COLLISION**
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON- FIXED OBJECT**
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL

**MOVEMENT PRIOR TO CRASH:** J

A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN

**VEHICLE CONDITION:** K

A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

**VEHICLE LIGHTING:**
A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

**TRAFFIC CONTROL CONDITIONS:** A
A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

**COLLISION WITH FIXED OBJECT**
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC SUPPORT
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT
LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st: S
2nd:
3rd:
4th:

**MOST HARMFUL EVENT:** S

K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER
T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

**ALCOHOL/DRUG INVOLVEMENT**

ALCOHOL/DRUGS SUSPECTED
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL: B
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC __ 0 __ %

DRUGS: A
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH | | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED EST. | POSTED | SKIDMARK DATA (FEET) FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | | | | | | |
| W (NE/SW) | CHICKASAW ST. | ON ROAD | 0 | UNK | 35 | 0 | 0 | 0 | 0 |

**DAMAGE TO VEHICLE**

AREA DAMAGED: P (1ST), (2ND), (3RD)
N- UNDERCARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

EXTENT OF DEFORMITY: A (1ST), (2ND), (3RD)
A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H- VERY SEVERE
Y-UNKNOWN

CITATION NO. _____ VEH. PED.
_____
_____
_____
_____

R.S. OR ORD. NO
_____
_____
_____
_____
_____

NOTICE OF INSURANCE VIOLATION ☐

C J

INVESTIGATING OFFICER'S INITIALS

DPSSP 3108

**OFFICER'S NARRATIVE:** DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS. INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.
IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE.

REFER TO EACH BY VEHICLE NUMBER

>>>>>NARRATIVE<<<<< DRIVER #1 ADVISED THAT HE WAS STOPPED FOR THE STOP SIGN ON CHICKASAW ST. AT THE INTERSECTION AT LOUISA ST. WHEN THE DRIVER OF VEHICLE #2 STRUCK HIS VEHICLE WHILE ATTEMPTING TO GO AROUND HIM AND MAKE A RIGHT TURN ONTO LOUISA ST. VEHICLE #1 WAS OCCUPIED WITH (2) ADDITIONAL PASSENGERS. NO INJURIES REPORTED FROM VEHICLE #1. DRIVER #2 ADVISED THAT HE WAS DRIVING ON CHICKASAW ST. AT THE INTERSECTION AT LOUISA ST. WHEN HE WAS IN THE PROCESS OF MAKING A RIGHT TURN AT THE INTERSECTION HE OBSERVED THE DRIVER OF VEHICLE #1 PULL UP FROM BEHIND HIM ON HIS PASSENGER SIDE AND ATTEMPT TO MAKE A RIGHT TURN AT THE INTERSECTION AND STRUCK HIS VEHICLE. DRIVER #2 ADVISED THAT A BLOCK PRIOR TO THE INTERSECTION HE OBSERVED VEHICLE #1 PARKED ON THE SHOULDER OF THE ROADWAY. DRIVER #2 ADVISED THE HIS COMPANY WOULD TRY TO OBTAIN THE VIDEO OF THE VEHICLE BEING PARKED IN FRONT OF THE LOCATION TO USE AS PROOF THAT HE WAS AT THE INTERSECTION FIRST. NO INJURIES REPORTED FROM VEHICLE #2. VEHICLE #1 SUSTAINED DAMAGES TO THE FRONT PORTION OF THE VEHICLE. THE OFFICER BELIEVED THAT THE POINT OF IMPACT ON VEHICLE #2 WAS THE PASSENGER SIDE REAR PORTION OF THE TRAILER OR TIRE PORTION OF THE VEHICLE BUT NO MAJOR DAMAGES WERE IDENTIFIED. DUE TO CONFLICTING STATEMENTS NO CITATIONS WERE ISSUED. BOTH DRIVERS WERE PROVIDED WITH THE ITEM NUMBER FOR THE INCIDENT AND THE OTHER DRIVER'S INSURANCE INFORMATION. THERE WHERE NO ATTACHMENTS SUBMITTED FOR THIS REPORT. THIS INVESTIGATION WAS CAPTURED ON VIDEO BYWAY OF THE OFFICERS DEPARTMENT ISSUED BWC AND MVU.



# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT

**TOTAL NUMBER OF VEHICLES INVOLVED:** 02

**Report #:** 170201134858243

**DATE OF CRASH:** 02/01/2017
**TIME (0000):** 1334
**DISTRICT/ZONE:** 5Q04
**TROOP:** 
**LAT:** 29.9985
**LONG:** 90.0349
**PAGE #:** 01

**PARISH:** ORLEANS
**PARISH CODE:** 36
**Quadrant:** (blank)
**Service Road:** (blank)
**NO ATTACHMENTS**

**CITY OR TOWN:** NEW ORLEANS
**CITY CODE:** 1
**B-00557-17**

**CRASH OCCURRED ON:** E (CITY STREET)
- A. INTERSTATE
- B. U.S. HWY
- C. STATE HWY
- D. PARISH ROAD
- E. CITY STREET
- F. OFF ROAD/PRIVATE PROPERTY
- G. TOLL ROAD

**ROADWAY NAME:** CHICKASAW
**STREET/HIGHWAY:** LOUISA — AT INTERSECTION (X)

**Checkboxes:** INJURY (X)

## CONTRIBUTING FACTORS AND CONDITIONS

- **ROAD SURFACE:** A / A
- **ROADWAY CONDITIONS:** A
- **TYPE OF ROADWAY:** B
- **ALIGNMENT:** A
- **PRIMARY FACTOR:** B
- **SECONDARY FACTOR:** A
- **WEATHER:** A
- **KIND OF LOCATION:** A
- **RELATION TO ROADWAY:** A
- **ACCESS CONTROL:** A
- **LIGHTING:** A

## EMERGENCY SERVICES
- **AMBULANCE:** X
- **TIME CALLED:** 1335
- **ARRIVED SCENE:** 1345
- **DEPARTED SCENE:** 1415
- **ARRIVED HOSPITAL:** 0000

**AMBULANCE SERVICE:** NEW ORLEANS EMS UNIT 3220

**INVESTIGATING AGENCY:** NEW ORLEANS POLICE DEPARTMENT
**TIME OF NOTIFICATION:** 1353
**TIME OF ARRIVAL:** 1411
**TIME ALL LANES OPENED:** 1411

**INVESTIGATION COMPLETE:** Y
**INVESTIGATING POLICE AGENCY:** B (CITY)
**DATE REPORT COMPLETED:** 02/01/2017

**INVESTIGATING OFFICER'S NAME:** JOHNSON, CLEVELAND
**BADGE #:** 533

DPSSP 3105 (REV. JAN. 2005)

Original Locked Report

## STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
## VEHICLE/PEDESTRIAN

COMPUTER NUMBER: 170201134858243
PAGE #: 02

VEH #: 01 OR PEDESTRIAN: [ ]

CONF: A
CARGO BODY TYPE: X (see page 1 for selections)
YEAR: 2003
MAKE: INFINITI
MODEL: G35
# DOORS: 4
# AXLES: 2
# TIRES: 4

V.I.N.: JNKCV51E43M017062
VEHICLE TOWED: B (A.YES B.NO C.LEFT AT SCENE)
REMOVED BY DRIVER

LICENSE PLATE:
YEAR: 2019
STATE: LA
NUMBER: 415AVF
TYPE: PRIVATE
GVWR/GCWR:
REASON TOWED: A. VEHICLE DAMAGE B. DRIVER ARRESTED C. INSURANCE VIOLATION Z OTHER

TRAILER DESCRIPTION: (blank)

VEHICLE CLASSIFICATION: COMMERCIAL/BUSINESS VEHICLE [ ]  GOVERNMENT VEHICLE [ ]  PERSONAL VEHICLE [X]

INTERSTATE CARRIER Y/N: N
TRANSPORTING HAZARDOUS MATERIAL Y/N: N
CLASS: .
ID#:
PLACARDS DISPLAYED Y/N: N
HAZ MAT RELEASED Y/N: N

NAME (LAST, FIRST, MI) OF [X] DRIVER [ ] PEDESTRIAN: BAPTISTE JERAMIE
DATE OF BIRTH: 02191988

STREET ADDRESS: 7120 CAMBERLEY
TELEPHONE #: 504-251-4940
CITY: NEW ORLEANS
STATE: LA
ZIP: 70128

POSITION: A
EJECTION: A
EXTRICATED: A
AIRBAG: B
OCC PROT SYS: D
SEX: M
RACE: B
AGE: 28
INJURY: E

STATE: LA
CLASS: E
DRIVER'S LICENSE NUMBER: 00934821 9
INSTRUCTED TO EXCHANGE INFORMATION? Y/N: Y
NAME OF FACILITY:
TRANSPORTED TO MEDICAL FACILITY: B (A.YES B.NO C.REFUSED AID Y.UNKNOWN)

PEDESTRIAN ONLY — UPPER BODY CLOTHING LIGHT/DARK, LOWER BODY CLOTHING LIGHT/DARK, SEX, RACE, AGE, INJURY CODE

OWNER'S NAME: [X] Same as Driver
TELEPHONE #:
STREET ADDRESS:
CITY: STATE: ZIP:

INSURANCE CO. NAME: SAFEWAY INSURACE CO.
POLICY NUMBER: 253067LAPP001
EXPIRATION DATE: 03232017
AGENT'S NAME/ADDRESS: ABC AGENCY NETWORK
PHONE #: 504-486-0123

### CODES

**SEATING POSITION**
A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)
B - FRONT SEAT-MIDDLE
C - FRONT SEAT-RIGHT SIDE
D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)
E - SECOND SEAT-MIDDLE
F - SECOND SEAT-RIGHT SIDE
G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)
H - THIRD ROW-MIDDLE
I - THIRD ROW-RIGHT SIDE
J - SLEEPER SECTION OF CAB (TRUCK)
K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)
L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)
M - PASSENGER ON TRAIN OR STREETCAR
N - TRAILING UNIT
O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)
Y - UNKNOWN

**EJECTION**
A - NOT EJECTED
B - TOTALLY EJECTED
C - PARTIALLY EJECTED
Y - UNKNOWN

**TRAPPED OR EXTRICATED**
A - NOT TRAPPED
B - TRAPPED/EXTRICATED
C - TRAPPED/NOT EXTRICATED
Y - UNKNOWN

**AIRBAG**
A - DEPLOYED
B - NON DEPLOYED
C - NON-DEPLOYED/SWITCH OFF
D - NOT APPLICABLE
Y - UNKNOWN

**OCCUPANT PROTECTION SYSTEM USED**
A - NONE USED-VEHICLE OCCUPANT
B - SHOULDER BELT ONLY USED
C - LAP BELT ONLY USED
D - SHOULDER AND LAP BELT USED
E - CHILD SAFETY SEAT IMPROPERLY USED
F - CHILD SAFETY SEAT USED
G - HELMET USED
Y - RESTRAINT USE UNKNOWN

**INJURY**
A - FATAL
B - INCAPACITATING/SEVERE
C - NON-INCAPACITATING/MODERATE
D - POSSIBLE/COMPLAINT
E - NO INJURY

DPSSP 3106 (REV. MAR. 2005)

WRITE APPROPRIATE LETTER IN BLOCK

## CONTRIBUTING FACTORS AND CONDITIONS

### VISION OBSCUREMENTS: N
A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

### VIOLATION: Y
A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

### TRAFFIC CONTROL: A
A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

### CONDITION OF DRIVER/PED: A
A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

### DRIVER DISTRACTION: E
A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

### REASON FOR MOVEMENT: P
A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
R. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

### PEDESTRIAN ACTIONS
A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS

**NON COLLISION**
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT**
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL
S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

**COLLISION WITH FIXED OBJECT**
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC SUPPORT
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT
LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st: S
2nd:
3rd:
4th:

MOST HARMFUL EVENT: S

### MOVEMENT PRIOR TO CRASH: J
A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN
K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER
T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

### VEHICLE CONDITION: K
A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

### VEHICLE LIGHTING: A
A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

### TRAFFIC CONTROL CONDITIONS: A
A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

### ALCOHOL/DRUG INVOLVEMENT

ALCOHOL/DRUGS SUSPECTED: ☐
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL: B
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC: 0         0%

DRUGS: A
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH | | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED | | SKIDMARK DATA (FEET) | | | |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | EST. | POSTED | FR | FL | RR | RL |
| W (NE SW) | CHICKASAW ST. | ON SHOULDER | 0 | UNK | 30 | 0 | 0 | 0 | 0 |

### DAMAGE TO VEHICLE

AREA DAMAGED: 1ST L, 2ND —, 3RD —
N- UNDERCARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

EXTENT OF DEFORMITY: 1ST E, 2ND —, 3RD —
A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H- VERY SEVERE
Y- UNKNOWN

CITATION NO                              VEH.  PED.
_____          ☐    ☐   _____
_____          ☐    ☐   _____
_____          ☐    ☐   _____
_____          ☐    ☐   _____
                                         ☐    ☐   _____

R.S. OR ORD. NO

NOTICE OF INSURANCE VIOLATION ☐

C J

INVESTIGATING OFFICER'S INITIALS

DPSSP 3106

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**ADDITIONAL OCCUPANT SUPPLEMENT**

COMPUTER NUMBER: 170201134858243
PAGE #: 04

| VEH # | OCCUPANT'S NAME (LAST, FIRST, MI) | POSI-TION | LOCA-TION | TRWY EXTRI-CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | JOHNSON HARRY | C | A | A | B | D | M | B | 31 | C |

STREET ADDRESS: 4638 PAPANIA DRIVE
CITY: NEW ORLEANS   STATE: LA   ZIP: 70127
TRANSPORTED TO MEDICAL FACILITY: B (B. NO)
NAME OF FACILITY:

| VEH # | OCCUPANT'S NAME (LAST, FIRST, MI) | POSI-TION | LOCA-TION | TRWY EXTRI-CATED | AIR BAG | OCC PROT SYS | SEX | RACE | AGE | INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | WATSON JOR'DAN | D | A | A | B | D | M | B | 26 | D |

STREET ADDRESS: UNKNOWN
CITY:   STATE:   ZIP:
TRANSPORTED TO MEDICAL FACILITY:
NAME OF FACILITY:

DPSSP 3108

INVESTIGATING OFFICER'S INITIALS: CJ

# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
### VEHICLE/PEDESTRIAN

COMPUTER NUMBER: 170201134858243
PAGE #: 05

VEH #: 02 OR PEDESTRIAN: [ ]

CONF: P
CARGO BODY TYPE: D (see page 1 for selections)
YEAR: 1999
MAKE: KENTWORTH
MODEL: TRACTOR
# DOORS: 2
# AXLES: 5
# TIRES: 18

V.I.N.: 1XKWD69X5XR798734
VEHICLE TOWED: B (A.YES B.NO C.LEFT AT SCENE)
REMOVED BY: DRIVER

LICENSE PLATE — YEAR: 2017  STATE: LA  NUMBER: P203659  TYPE: TRACTOR
GVWR/GCWR:
REASON TOWED: (A. VEHICLE DAMAGE B. DRIVER ARRESTED C. INSURANCE VIOLATION Z. OTHER)

TRAILER DESCRIPTION — YEAR: 1999  MAKE: TRAILER  TYPE: TRAILER
LICENSE PLATE — YEAR: 2021  STATE: MA  NUMBER: 2161499

VEHICLE CLASSIFICATION: COMMERCIAL/BUSINESS VEHICLE [X]  GOVERNMENT VEHICLE [ ]  PERSONAL VEHICLE [ ]

COMPLETE INFORMATION BELOW IF THIS VEHICLE IS BEING USED FOR COMMERCE/BUSINESS, & HAS A GVWR/GCWR IN EXCESS OF 10,000 LBS., OR HAS A HAZMAT PLACARD, OR IS A BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER.

US DOT #:
CARRIER NAME:
MC/MX ("ICC") #:
STREET ADDRESS:  CITY:  STATE:  ZIP: 70056
INTERSTATE CARRIER Y/N: Y
TRANSPORTING HAZARDOUS MATERIAL Y/N: N
CLASS: .  ID#:
PLACARDS DISPLAYED Y/N: N
HAZ MAT RELEASED Y/N: N

NAME (LAST, FIRST, MI) OF [X] DRIVER [ ] PEDESTRIAN: SMITH NORMAN
DATE OF BIRTH: 09061971

STREET ADDRESS: 664 HUNTERBROOK
TELEPHONE #: 504-638-2300
CITY: GRETNA  STATE: LA  ZIP: 70056

POSITION: A  LOC: A  TRVL EXTRICATED: A  AIR BAG: B  OCC PROT SYS: D  SEX: M  RACE: B  AGE: 45  INJURY: E

STATE: LA  CLASS: A  ENDORSEMENTS: A  DRIVER'S LICENSE NUMBER: 005682131
INSTRUCTED TO EXCHANGE INFORMATION? Y/N: Y
NAME OF FACILITY:
TRANSPORTED TO MEDICAL FACILITY: B (A. YES B. NO C. REFUSED AID Y. UNKNOWN)

PEDESTRIAN ONLY — UPPER BODY CLOTHING: LIGHT [ ] DARK [ ]  LOWER BODY CLOTHING: LIGHT [ ] DARK [ ]  SEX:  RACE:  AGE:  INJURY CODE:

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME): SOUTHERN RIDE TRUCKING
Same as Driver: [ ]
TELEPHONE #: 504-279-8544
STREET ADDRESS: 644 HUNTERBROOK
CITY: GRETNA  STATE: LA  ZIP: 70056

INSURANCE CO. NAME: OLD REPUBLIC INS. CO (NOT AGENCY NAME)
POLICY NUMBER: MWZY308092
EXPIRATION DATE: 09152017
AGENT'S NAME/ADDRESS: N/A
PHONE #: 816-960-9000

### CODES

**SEATING POSITION**
- A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)
- B - FRONT SEAT-MIDDLE
- C - FRONT SEAT-RIGHT SIDE
- D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)
- E - SECOND SEAT-MIDDLE
- F - SECOND SEAT-RIGHT SIDE
- G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)
- H - THIRD ROW-MIDDLE
- I - THIRD ROW-RIGHT SIDE
- J - SLEEPER SECTION OF CAB (TRUCK)
- K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)
- L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)
- M - PASSENGER ON TRAIN OR STREETCAR
- N - TRAILING UNIT
- O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)
- Y - UNKNOWN

**EJECTION**
- A - NOT EJECTED
- B - TOTALLY EJECTED
- C - PARTIALLY EJECTED
- Y - UNKNOWN

**TRAPPED OR EXTRICATED**
- A - NOT TRAPPED
- B - TRAPPED/EXTRICATED
- C - TRAPPED/NOT EXTRICATED
- Y - UNKNOWN

**AIRBAG**
- A - DEPLOYED
- B - NON DEPLOYED
- C - NON-DEPLOYED/SWITCH OFF
- D - NOT APPLICABLE
- Y - UNKNOWN

**OCCUPANT PROTECTION SYSTEM USED**
- A - NONE USED-VEHICLE OCCUPANT
- B - SHOULDER BELT ONLY USED
- C - LAP BELT ONLY USED
- D - SHOULDER AND LAP BELT USED
- E - CHILD SAFETY SEAT IMPROPERLY USED
- F - CHILD SAFETY SEAT USED
- G - HELMET USED
- Y - RESTRAINT USE UNKNOWN

**INJURY**
- A - FATAL
- B - INCAPACITATING/SEVERE
- C - NON-INCAPACITATING/MODERATE
- D - POSSIBLE/COMPLAINT
- E - NO INJURY

DPSSP 3106 (REV. MAR. 2005)

WRITE APPROPRIATE LETTER IN BLOCK    **CONTRIBUTING FACTORS AND CONDITIONS**

### VISION OBSCUREMENTS [N]
A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

### CONDITION OF DRIVER/PED [A]
A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

### DRIVER DISTRACTION [E]
A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

### REASON FOR MOVEMENT [P]
A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

### VIOLATION [U]
A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

### TRAFFIC CONTROL [A]
A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

### PEDESTRIAN ACTIONS
A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS

**NON COLLISION**
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT**
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL
S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

**COLLISION WITH FIXED OBJECT**
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC SUPPORT
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT
LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st [S]
2nd [ ]
3rd [ ]
4th [ ]

MOST HARMFUL EVENT [S]

### MOVEMENT PRIOR TO CRASH [J]
A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN
K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER
T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

### VEHICLE CONDITION [K]
A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

### VEHICLE LIGHTING
A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

### TRAFFIC CONTROL CONDITIONS [A]
A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

### ALCOHOL/DRUG INVOLVEMENT
ALCOHOL/DRUGS SUSPECTED [ ]
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL [B]
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC [0]    g%

DRUGS [A]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| DIRECTION BEFORE CRASH | | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED EST. | POSTED | SKIDMARK DATA (FEET) FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | | | | | | |
| W NE SW | CHICKASAW ST. | ON ROAD | 0 | UNK | 35 | 0 | 0 | 0 | 0 |

### DAMAGE TO VEHICLE

AREA DAMAGED [P]
EXTENT OF DEFORMITY [A]

1ST [P] / 1ST [A]
2ND [ ] / 2ND [ ]
3RD [ ] / 3RD [ ]

AREA DAMAGED codes: A-L positions, N-UNDERCARRIAGE, O-TOTAL, P-OTHER, Q-NONE, Y-UNKNOWN

EXTENT OF DEFORMITY:
A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H- VERY SEVERE
Y- UNKNOWN

CITATION NO       VEH.  PED.       B.S. OR ORD. NO

NOTICE OF INSURANCE VIOLATION [ ]

CJ

INVESTIGATING OFFICER'S INITIALS

DPSSP 3106

**OFFICER'S NARRATIVE:** DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS. INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.

IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE.

REFER TO EACH BY VEHICLE NUMBER

>>>>>NARRATIVE<<<<< DRIVER #1 ADVISED THAT HE WAS STOPPED FOR THE STOP SIGN ON CHICKASAW ST. AT THE INTERSECTION AT LOUISA ST. WHEN THE DRIVER OF VEHICLE #2 STRUCK HIS VEHICLE WHILE ATTEMPTING TO GO AROUND HIM AND MAKE A RIGHT TURN ONTO LOUISA ST. VEHICLE #1 WAS OCCUPIED WITH (2) ADDITIONAL PASSENGERS. NO INJURIES REPORTED FROM VEHICLE #1. DRIVER #2 ADVISED THAT HE WAS DRIVING ON CHICKASAW ST. AT THE INTERSECTION AT LOUISA ST. WHEN HE WAS IN THE PROCESS OF MAKING A RIGHT TURN AT THE INTERSECTION HE OBSERVED THE DRIVER OF VEHICLE #1 PULL UP FROM BEHIND HIM ON HIS PASSENGER SIDE AND ATTEMPT TO MAKE A RIGHT TURN AT THE INTERSECTION AND STRUCK HIS VEHICLE. DRIVER #2 ADVISED THAT A BLOCK PRIOR TO THE INTERSECTION HE OBSERVED VEHICLE #1 PARKED ON THE SHOULDER OF THE ROADWAY. DRIVER #2 ADVISED THE HIS COMPANY WOULD TRY TO OBTAIN THE VIDEO OF THE VEHICLE BEING PARKED IN FRONT OF THE LOCATION TO USE AS PROOF THAT HE WAS AT THE INTERSECTION FIRST. NO INJURIES REPORTED FROM VEHICLE #2. VEHICLE #1 SUSTAINED DAMAGES TO THE FRONT PORTION OF THE VEHICLE. THE OFFICER BELIEVED THAT THE POINT OF IMPACT ON VEHICLE #2 WAS THE PASSENGER SIDE REAR PORTION OF THE TRAILER OR TIRE PORTION OF THE VEHICLE BUT NO MAJOR DAMAGES WERE IDENTIFIED. DUE TO CONFLICTING STATEMENTS NO CITATIONS WERE ISSUED. BOTH DRIVERS WERE PROVIDED WITH THE ITEM NUMBER FOR THE INCIDENT AND THE OTHER DRIVER'S INSURANCE INFORMATION. THERE WHERE NO ATTACHMENTS SUBMITTED FOR THIS REPORT. THIS INVESTIGATION WAS CAPTURED ON VIDEO BYWAY OF THE OFFICERS DEPARTMENT ISSUED BWC AND MVU.

